Filed 10/13/20  P. v. Urrutia CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C091853 |
| Plaintiff and Respondent, | (Super. Ct. No. 19CF08260) |
| v. | |
| ANGEL LUIS URRUTIA, JR., | |
| Defendant and Appellant. | |

In a domestic violence incident, defendant Angel Luis Urrutia, Jr., grabbed his girlfriend by the hair, threw her to the ground, and strangled her. He then grabbed her by the arms and twisted them, then slammed her against a dresser, and strangled her while covering her mouth. He then confined her in a bathroom for about two hours. Defendant was charged with injuring a spouse or cohabitant and false imprisonment. It was further alleged as to both counts that defendant had a prior strike conviction. Pursuant to a plea agreement, in exchange for the promise of dismissal of the prior strike conviction, defendant pled no contest to both counts and agreed to waive any Penal Code section 654 claim. The prior strike allegations were dismissed.

1

The trial court imposed a sentence of four years eight months. The court ordered defendant to pay a conviction assessment of $60, a court operations assessment of $80, a $250 domestic violence program fee, and a restitution fine of $300, with an additional $300 parole revocation fine, which was stayed pending successful completion of parole. The court awarded custody credits in the amount of 260 days (130 actual and 130 conduct), and restitution was reserved regarding the victim. Defendant was ordered to have no contact with the victim and was served with a criminal protective order.

Defendant filed a timely notice of appeal but did not obtain a certificate of probable cause.

## DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief. Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable error that would result in a disposition more favorable to defendant. Accordingly, we affirm the judgment.

## DISPOSITION

The judgment is affirmed.

_/s/_____
Robie, J.

We concur:

_/s/_____
Hull, Acting P. J.

_/s/_____
Renner, J.

2